**Faron Earl TISHER, Sr.,
Plaintiff–Appellant,**

v.

**RUPP, sued in his individual capacity;
et al., Defendants–Appellees.**

No. 03–16168.

United States Court of Appeals,
Ninth Circuit.

Submitted May 10, 2004.*

Decided May 14, 2004.

Faron Earl Tisher, Sr., Buckeye, AZ, pro se.

Elizabeth R Teply, Esq., Office of the Arizona Attorney General, Phoenix, AZ, for Defendants–Appellees.

Before: CANBY, KOZINSKI, and PAEZ, Circuit Judges.

MEMORANDUM **

Faron Earl Tisher, an Arizona state prisoner, appeals pro se the district court's judgment dismissing without prejudice his 42 U.S.C. § 1983 action against prison officials. We have jurisdiction under 28 U.S.C. § 1291, and we affirm for the reasons set forth in the district court orders dated December 16, 2002 and May 14, 2003. However, since the dismissal was

---

without prejudice, Tisher is not precluded from filing a new action. *See McGuckin v. Smith,* 974 F.2d 1050, 1053 (9th Cir.1992) (noting that one effect of a dismissal without prejudice is to "end the litigation in the court involved but not to act as an adjudication on the merits or to bar the filing of a similar action in another court."), *overruled on other grounds by WMX Techs., Inc. v. Miller,* 104 F.3d 1133 (9th Cir. 1997).

We decline to consider Tisher's contentions raised for the first time on appeal. *See Ganwich v. Knapp,* 319 F.3d 1115, 1120 n. 8 (9th Cir.2003).

Tisher's remaining contentions lack merit.

Tisher's motion to supplement the record on appeal is denied.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.